# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 15, 2012

No. 11-10159
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ANGELA COKER MAYHALL,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:10-CR-60-1

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Angela Coker Mayhall appeals the 20-month sentence imposed upon revocation of supervised release. "This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). The website of the Bureau of Prisons shows that Mayhall was released from prison on May 18, 2012, and the district court imposed no further term of supervised release. Therefore, Mayhall has no "concrete and continuing injury," and there is no case or controversy over which this court may exercise jurisdiction under Article III, § 2, of the Constitution. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Consequently, the appeal is DISMISSED as MOOT.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.